**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOSEPH WINOKUR,**

                                                                   CASE NO. 05-CV-72077-DT

                       **Plaintiff(s),**

                                                                   DENISE PAGE HOOD
           vs.                                                        UNITED STATES DISTRICT JUDGE

**WOLVERINE GLASS BLOCK, INC.,**

                       **Defendant(s).**
_____/

## ORDER OF DISMISSAL

     Pursuant to Local Rule 41.1, this court has been advised by counsel for the parties that the above entitled action has been settled,

     Accordingly, the above-entitled action is dismissed without prejudice and without costs. However, upon a showing of good cause, either party may move to vacate this order within a period of sixty (60) days from this date if the settlement is not consummated.


                                                       s/ DENISE PAGE HOOD
                                                       DENISE PAGE HOOD
                                                       UNITED STATES DISTRICT JUDGE


Dated: August 31, 2005